IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PIEDAD PATINO,

     Appellant,

v.

REEMPLOYMENT ASSISTANCE
APPEALS COMMISSION and ST.
ANNE'S NURSING CENTER &
RESIDENCE,

     Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED.

CASE NO. 1D15-2625

Opinion filed June 24, 2016.

An appeal from an order of the Reemployment Assistance Appeals Commission.

Piedad Patino, pro se, Appellant.

Norman A. Blessing, General Counsel, and Cristina A. Velez, Assistant General Counsel, Reemployment Assistance Appeals Commission, Tallahassee, for Appellees.

PER CURIAM.

     Appellee's motion to relinquish jurisdiction is treated as a confession of error, the final order is quashed, and the cause is remanded for further proceedings.

ROBERTS, C.J., WOLF and RAY, JJ., CONCUR.